MANUEL R. LUCAS, FRANK R. LUCAS, JOHN R.
LUCAS, JR., FREDERICK VIERRA AND JOHN
T. FREITAS, DOING BUSINESS AS SAVEMORE
SUPERMARKET *v.* LIGGETT & MYERS
TOBACCO COMPANY AND GEORGE IWAMOTO.

No. 4495.

JULY 12, 1968.

RICHARDSON, C.J., MARUMOTO AND LEVINSON,
JJ., AND CIRCUIT JUDGE FAIRBANKS IN
PLACE OF ABE, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*J. Garner Anthony* and *Alexander C. Marrack (Robertson, Castle & Anthony* of counsel) for the petition.